# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Oct 17, 2024 3:42PM

Nelson L. Bruce

Rcpt. No: 200011527   Trans. Date: Oct 17, 2024 3:42PM   Cashier ID: #CH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #3464 | 10/17/2024 | | $52.00 |

Total Due Prior to Payment: $52.00

Total Tendered: $52.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 24-ms-79

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

2:24-ms-00079